**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Michael Robert ERSKINE,**
**Defendant-Appellant**

**No. 16-11665**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(February 27, 2018)

Steven E. Butler, Adam W. Overstreet, Kenyen Ray Brown, Maria E. Murphy, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Carlos Alfredo Williams, Federal Defender's Office, Mobile, AL, for Defendant-Appellant

Michael Robert Erskine, Pro Se

Before WILSON, MARTIN and JORDAN, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Michael Erskine in this direct

criminal appeal, has moved to withdraw from further representation of Erskine and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Erskine's convictions and sentences are **AFFIRMED**.